NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RELOADED GAMES, INC.,**
*Appellant*

**v.**

**PARALLEL NETWORKS, LLC,**
*Appellee*

---

2015-1915

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00136.

---

**JUDGMENT**

---

ERIC ALLAN BURESH, Erise IP, P.A., Overland Park, KS, argued for appellant. Also represented by MICHELLE LYONS MARRIOTT.

DARREN WADE COLLINS, McGuireWoods LLP, Dallas, TX, argued for appellee. Also represented by AARON JAMES PICKELL; MATTHEW ALLEN FITZGERALD, Richmond, VA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 4, 2016
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court